UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 11-34881 |
|---|---|
| Sandra K Anderson | (Chapter 13) |
| Debtor | JUDGE LAWRENCE S. WALTER |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4403767**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 0/ 0 | Sandra K Anderson<br>4363 Comanchee Trail<br>Jamestown, OH  45335 | 2,475.00 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 3/8/2017

CERTIFICATE OF SERVICE             11-34881

I hereby certify that a copy of the Report Of Unclaimed Funds was served **electronically** on the date of the filing through the Court's ECF System on all ECF participants registered in this case at the email address registered with the court and by **ordinary U.S. Mail** on March 9, 2017 addressed to:

Sandra K Anderson
4363 Comanchee Trail
Jamestown, OH 45335

Sandra K Anderson
4363 Comanchee Trail
Jamestown, OH 45335